# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 377 - 1 | **DATE** | 05/10/08 |
| **CASE TITLE** | USA vs. Rafael Soto-Tapia | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Rafael Soto-Tapia appears in response to arrest on 05/10/08. Defendant informed of his rights. The court finds defendant unable to afford counsel. Enter Order appointing Panel Attorney Beth Gaus as counsel for defendant. Government seeks detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|