# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**CJA 23** (Rev. 5/98)

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF
UNITED STATES vs. Antonio Garcia-Morales
Rafael Soto-Tapia

FOR

**FILED**

AT

**MAY 1 0 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Antonio Garcia-Morales
Rafael Soto-Tapia

DOCKET NUMBERS

Magistrate

District Court  08CR377

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony   ☐ Misdemeanor

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed

Name and address of employer: PIZZA PLATTER – BERWYN, IL

IF YES, how much do you earn per month? $ 880

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes  ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____
SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ _____
DESCRIPTION _____

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents  2

List persons you actually support and your relationship to them
MOTHER & FATHER

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| RENT | CELL PHONE | $ | $ 75 |
| | FOOD | $ | $ 225 |
| | | $ | $ 100 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)
Antonio Garcia M. / Rafael Soto