Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 377 - 1 | **DATE** | 5/12/2008 |
| **CASE TITLE** | USA vs. Rafael Soto-Tapia | | |

**DOCKET ENTRY TEXT**

Enter Order.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|