

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 08 CR 377 |
| | ) | |
| v. | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| RAFAEL SOTO-TAPIA | ) | |
| also known as Antonio Garcia-Marines | ) | |

### ORDER

IT IS HEREBY ORDERED as follows based on the proceedings conducted on May 10, 2008, before the Court: (1) the defendant agrees that this case will be heard in the Eastern Division of the Northern District of Illinois; (2) the defendant waives a preliminary hearing; (3) the defendant waives his right to a detention hearing at this time, but may request a detention hearing at a later date if he so chooses; and (4) the Government will notify the Consulate of Mexico of his detention and the Government has agreed to notify the Consulate of Mexico of the defendant's arrest and detention.

_____
Nan R. Nolan
U.S. Magistrate Judge

DATE: May 12, 2008.