

AO 442 (Rev.5/93 WP) Warrant for Arrest                         AUSA Anthony P. Garcia (312) 469-6151

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RAFAEL SOTO-TAPIA
also known as Antonio Garcia-Marines

**WARRANT FOR ARREST**
CASE NUMBER: 08 CR 377

08 cr 377

To:   The United States Marshal
and Any Authorized Officer

YOU ARE HEREBY COMMANDED to arrest RAFAEL SOTO-TAPIA, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a

☐ Indictment    ☐ Information    ☒ Complaint

charging him with (brief description of offense):

being an alien, who previously had been deported and removed from the United States on or about January 8, 2003, was found in the United States without previously having obtained the express consent from the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

NAN R. NOLAN
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $ _____                by

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

May 10, 2008; Chicago, Illinois
Date and Location

NAN R. NOLAN
Name of Judicial Officer

**FILED**
MAY 13 2008

MAY 13 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Chicago, IL. | | |
| DATE RECEIVED 5/10/08 DATE OF ARREST 5/10/08 | NAME AND TITLE OF ARRESTING OFFICER Francisco Trevino Deportation OFFICER | SIGNATURE OF ARRESTING OFFICER [signature] |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: RAFAEL SOTO-TAPIA

ALIAS: Antonio Garcia-Marines

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:

WEIGHT:

SEX: Male

RACE:

HAIR:

EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:: Francisco Trevenio, 312-347-2463

United States Bureau of Immigration and Customs Enforcement, 101 W. Congress, 4th Floor, Chicago, Illinois 60605