FILED
MAY 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 377 |
| vs. ) | |
| ) | Violation: Title 8, United States Code, |
| RAFAEL SOTO-TAPIA ) | Sections 1326(a) and (b)(2); and Title 6, |
| also known as ) | United States Code, Section 202(4) |
| "Antonio Garcia-Marines" ) | |

JUDGE KOCORAS

The SPECIAL JUNE 2007 GRAND JURY charges:       MAGISTRATE JUDGE NOLAN

On or about April 26, 2008, at Woodstock, Illinois, in the Northern District of Illinois, Western Division,

RAFAEL SOTO-TAPIA,
also known as "Antonio Garcia-Marines"

defendant herein, an alien who previously had been deported and removed from the United States on or about January 8, 2003, was present and found in the United States without previously having obtained the express consent of the United States Attorney General, and at anytime after February 28, 2003, from the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY