08 GJ 535

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JAMES F. HOLDERMAN | Sitting Judge If Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0377 | DATE | MAY 21, 2008 |
| CASE TITLE | US v. RAFAEL SOTO-TAPIA, aka"Antonio Garcia-Marines" | | |

Motion:   (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this day before

Judge or Magistrate Judge    *James F. Holderman*

JUDGE KOCORAS

Docket Entry:

MAGISTRATE JUDGE NOLAN

**FILED**

MAY 2 2 2008    NF

**NO BOND SET, DETAINED BY MAGISTRATE.**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____    (ONLY IF FILED UNDER SEAL)

| | | |
|---|---|---|
| No notices required, advised in open court. | | Number of notices |
| No notices required. | | Date docketed |
| Notices mailed by judge's staff. | | Docketing dpty. initials |
| Notified counsel by telephone. | | Date mailed notice |
| Docketing to mail notices | | Mailing dpty. initials |
| Mail AO 450 form. | | |
| Copy to judge/magistrate judge. | | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | DOCKET# |