## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 377 | **DATE** | 5/28/2008 |
| **CASE TITLE** | US vs. Rafael Soto-Tapia | | |

**DOCKET ENTRY TEXT**

Arraignment of defendant Rafael Soto-Tapia held on 5/28/2008. Defendant enters plea of not guilty to all counts. Defendant is given to 6/11/2008 to file pretrial motions. Government's answers are due 6/25/2008. Status hearing set for 7/2/2008 at 9:30 a.m. In the interest of justice, 5/28/2008 to 7/2/2008 is excludable time under 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | SCT |
|---|---|---|