# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 377-1 | **DATE** | August 20, 2008 |
| **CASE TITLE** | US -v- Rafael Soto-Tapia | | |

**DOCKET ENTRY TEXT:**

As to defendant Rafael Soto-Tapia, change of plea hearing held on 8/20/2008. Defendant withdraws plea of not guilty and enters plea of guilty to Count 1. Defendant informed of rights and knowingly waives them. Court accepts plea of guilty and enters judgment thereon. Order cause referred to the Probation Office for a presentence investigation report. Attorneys for the parties are to submit their respective versions of the offense conduct no later than 9/3/2008. Sentencing is set for 10/29/2008 at 9:45 a.m.

Docketing to mail notices.

0:45

| | Courtroom Deputy Initials: | SCT |
|---|---|---|